LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Pension Benefit Information, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRI CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PENSION BENEFIT INFORMATION, LLC; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:23-cv-01545-CDS-EJY<br><br>**DEFENDANT PENSION BENEFIT INFORMATION, LLC'S FRCP 7.1 DISCLOSURE STATEMENT** |

Defendant Pension Benefit Information, LLC ("PBI"), by and through its counsel of record at Lipson Neilson P.C. hereby provides its Disclosure Statement as required pursuant to Federal Rule of Civil Procedure 7.1.

Pension Benefit Information, LLC is a limited liability company wholly owned by Longevity Holdings, Inc. No publicly held corporation directly owns 10% or more of the stock of PBI.

DATED this 2nd day of October, 2023.

LIPSON NEILSON P.C.

By: *[signature]*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Pension Benefit Information, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of October, 2023, service of the foregoing **DEFENDANT PENSION BENEFIT INFORMATION, LLC'S FRCP 7.1 DISCLOSURE STATEMENT** was made upon each party in the case who is registered as an electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| Michael Kind, Esq.<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>mk@kindlaw.com<br><br>*Attorneys for Plaintiff* | |

/s/ Michele Stones
An Employee of LIPSON NEILSON P.C.

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512