LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Pension Benefit Information, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRI CAMPBELL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>   vs.<br><br>PENSION BENEFIT INFORMATION, LLC; DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No: 2:23-cv-01545-CDS-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Defendant Pension Benefit Information, LLC ("PBI"), by and through its counsel of record at Lipson Neilson P.C. hereby certifies that Longevity Holdings, Inc., the owner of PBI, has an interest in the outcome of this case.  This representation is made to enable judges of the court to evaluate possible recusal.

DATED this 2nd day of October, 2023.

LIPSON NEILSON P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Pension Benefit Information, LLC*

Page 1 of 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of October, 2023, service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made upon each party in the case who is registered as an electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| Michael Kind, Esq.<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>mk@kindlaw.com<br><br>*Attorneys for Plaintiff* | |

/s/ Michele Stones
An Employee of LIPSON NEILSON P.C.