LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant/Third-Party Plaintiff
Pension Benefit Information, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI CAMPBELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>PENSION BENEFIT INFORMATION, LLC; DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>PROGRESS SOFTWARE CORPORATION,<br><br>　　　　　　　Third-Party Defendant. | Case No: 2:23-cv-01545-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff Terri Campbell ("Plaintiff") and Defendant/Third-Party Plaintiff Pension Benefit Information, LLC ("PBI") (altogether, the "Parties"), hereby stipulate and agree to extend PBI's response date to Plaintiff's Class Action Complaint by thirty (30) days up to and including November 10, 2023. The Parties further state:

WHEREAS, Plaintiff commenced this action by filing a Class Action Complaint on August 18, 2023 in the Eighth Judicial District Court, Clark County, Nevada against PBI [ECF No. 1-2]. On September 11, 2023, Plaintiff's counsel provided a waiver of service form to PBI's counsel. On September 28, 2023, PBI removed the Class Action

Complaint to this Court [ECF No. 1]. Accordingly, PBI's current response date is October 5, 2023, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

WHEREAS, on July 7, 2023, the named plaintiff in *Bailey v. Progress Software Corporation and Pension Benefit Information, LLC*, No. 0:23-cv-2028 (D. Minn. July 5, 2023) filed a Motion for Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings (the "Transfer Motion"), which requests that the Judicial Panel for Multidistrict Litigation transfer and centralize certain actions for coordinated pretrial proceedings, and identifies the instant case as such a matter subject to the Transfer Motion;

WHEREAS, on October 4, 2023, the JPML issued an order for centralization and transfer to the United States District Court for the District of Massachusetts of related cases arising from the same subject matter and claims as the instant matter. *See IN RE: MOVEit Customer Data Security Breach Litigation*, No. 3083;

WHEREAS, the Parties have agreed to extend PBI's response date pending further action of the JPML relative to the transfer of this action;

WHEREAS, this is the first stipulation for extension of PBI's time to file a response to Plaintiff's Class Action Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. Defendant PBI's deadline to file a response to Plaintiff's Class Action Complaint shall be extended up to and including November 10, 2023.

IT IS SO STIPULATED.

DATED this 4th day of October, 2023.

LIPSON NEILSON P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant/Third-Party Plaintiff Pension Benefit Information, LLC*

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

KIND LAW

*/s/ Michael Kind (with permission)*
MICHAEL KIND, ESQ.
Nevada Bar No. 13093
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

*Attorneys for Plaintiff Terri Campbell*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2023